Disposition of Petitions for Discretionary Review Under G.S. 7A-31

13 April 2016

| | | | |
|---|---|---|---|
| 402P11-8 | State v. Sylvester Eugene Harding, III | 1. Def's *Pro Se* Motion for Petition for Extraordinary Writ as to the All Writ Act of 1789 | 1. Dismissed **04/13/2016** |
| | | 2. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied **04/13/2016** |
| | | 3. Def's *Pro Se* Petition for *Writ of Mandamus* | 3. Dismissed **04/13/2016** |
| 402P15 | State v. Donna Helms Ledbetter | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-414) | 1. |
| | | 2. State's Motion to Strike Def's Reply to State's Response | 2. |
| | | 3. Def's Motion to Hold PDR in Abeyance | 3. Allowed **04/13/2016** |
| | | 4. Def's Motion for Temporary Stay | 4. Allowed **12/17/2015** |
| | | 5. Def's Petition for *Writ of Supersedeas* | 5. |
| 409P15 | Gregory P. Nies and Diane S. Nies v. Town of Emerald Isle, a North Carolina Municipality | 1. Plts' Notice of Appeal Based Upon a Constitutional Question (COA15-169) | 1. — |
| | | 2. Plts' PDR Under N.C.G.S. § 7A-31 | 2. Allowed |
| | | 3. Plts' Motion to Admit J. David Breemer *Pro Hac Vice* | 3. Allowed |
| | | 4. Def's Motion to Dismiss Appeal | 4. Allowed |
| 415P15 | State v. Jamie Rieson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Rockingham County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 426P15 | State v. Andrew Clayton Ledbetter | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-322) | 1. Denied |
| | | 2. State's Motion to Deem Response Timely Filed | 2. Allowed |
| 465A06-3 | State v. Ryan Gabriel Garcell (DEATH) | 1. Def's Motion to Hold in Abeyance the Time in Which to File Petition for *Writ of Certiorari* | 1. Dismissed as moot **04/13/2016** |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Rutherford County | 2. |